# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA ROSE CAREY,<br><br>  Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:23-cv-01852-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Theresa Carey's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Theresa Carey as required by the amendment to that rule.

I FURTHER ORDER plaintiff Theresa Carey to file a proper certificate of interested parties by December 11, 2023.

DATED this 27th day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE