M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:      rfinch@messner.com
             cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

THERESA ROSE CAREY, an individual;

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; DOES I- X, and
ROE CORPORATIONS I -X, inclusive,

Defendants.

CASE NO.: 2:23-cv-01852-APG-BNW

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY through its counsel of record, M. CALEB MEYER, ESQ.
and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff THERESA ROSE CAREY,
through her counsel GINA M. CORENA, ESQ. and CHET A. GLOVER, ESQ. of GINA CORENA &
ASSOCIATES, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY arising out of Case No. 2:23-cv-01852 be dismissed with prejudice in its entirety.

1.     Plaintiff filed her Complaint on or about September 19, 2023;

2.     Defendant filed its Answer on or about November 20, 2023;

3.     This matter was removed to this Court on November 10, 2023; the parties mutually agreed
to resolve this action prior to the FRCP 26(f) conference being scheduled;

4.     The Parties have been able to reach a mutually acceptable resolution to this matter which
is memorialized in the Settlement and Release Agreement executed contemporaneous hereto;

5.	In reaching the resolution STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY does not admit any liability and continues to deny the allegations in the Complaint. Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and dismiss this action with prejudice in exchange for the agreed to resolution;

6.	The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement.  Therefore, any and all claims by any other party against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY are hereby extinguished;

7.	There is no trial date currently set in this matter;

8.	For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice;

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

1    Each of the parties to bear their own attorney's fees and costs.

2    IT IS RESPECTFULLY SUBMITTED.

3
4    DATED this 12th day of ~~November~~ December, 2023.    DATED this _I'1;-_ day of ~~November~~ Pee, 2023.

5    MESSNER REEVES, LLP.                                    GINA CORENA & ASSOCIATES

6

7    _____                            _____
     M. Caleb Meyer, Esq.                                   Gina M. Carena, Esq.
8    Nevada Bar No. 13379                                   Nevada Bar No. 10330
     Renee M. Finch, Esq.                                   Chet A. Glover, Esq.
9    Nevada Bar No. 13118                                   Nevada Bar No. 10054
     8945 W. Russell Rd., Ste. 300                          300 South Fourth Street, Suite 1400
10   Las Vegas, NV 89148                                    Las Vegas, NV 89101
     *Attorneys for Defendant State Farm Mutual*            *Attorney for Plaintiff*
11   *Automobile Insurance Company*

12

13

14   IT IS SO ORDERED:

15   Dated:__December 22, 2023__

16

17   _____
     ANDREW P. GORDON
18   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28